REX D. SHELDON, Appellant, *v.* ARGOS MERCANTILE CORPORATION, Respondent.

*Contract — damages — action for breach of contract to purchase sugar — failure to establish damages.*

Sheldon v. Argos Mercantile Corporation, 194 App. Div. 472, affirmed.
(Argued March 17, 1922; decided April 18, 1922.)

APPEAL from a judgment, entered January 6, 1921, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint. The action was to recover for breach of an alleged contract to purchase sugar. The Appellate Division directed a dismissal of the complaint upon the ground that " the plaintiff absolutely failed to establish damages by any competent proof, and under his own testimony the market value of the sugar at Havana upon the date of the alleged breach and for a long period of time thereafter was at least equal to the contract price, and the sugar was thereafter sold

in France by the plaintiff and his co-adventurer for two dollars and forty cents per hundred over the price fixed in the contract with the defendant."

*Harold G. Aron* and *J. Harlin O'Connell* for appellant.
*Andrew Foulds, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.